UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ARLIN J MONTGOMERY, JR. | ) | CASE NO. 07-02404 |
| STEPHANIE M MONTGOMERY, | ) | |
| Debtors. | ) | Hon. Carol A. Doyle |

**TRUSTEE'S FINAL REPORT**

TO:   THE HONORABLE Carol A. Doyle
      BANKRUPTCY JUDGE

NOW COMES **Gregg Szilagyi**, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on February 12, 2007. Gregg Szilagyi was appointed Trustee on February 12, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is set forth therein. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of December 10, 2008 is as follows:

    a.    RECEIPTS (See Exhibit C)    $ 50,986.65
    b.    DISBURSEMENTS (See Exhibit C)    $ 23,982.84
    c.    NET CASH available for distribution    $ 27,003.81
    d.    TRUSTEE/PROFESSIONAL COSTS:
        1.    Trustee compensation requested    $5,642.11

|     |                                                                                          |            |
|-----|------------------------------------------------------------------------------------------|------------|
| 2.  | Trustee Expenses                                                                         | $0.00      |
| 3.  | Compensation requested by attorney or other professionals for trustee                    |            |
|     | (a) POPOWCER KATTEN, LTD. Accountant for Trustee Fees                                    | $1,428.00  |

5. The Bar Date for filing unsecured claims expired on September 20, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a  | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $7,070.11 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $8,965.00 |
| e. | Allowed unsecured claims | $94,932.62 |

7. Trustee proposes that unsecured creditors receive a distribution of **11.55%** of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Accountant for Trustee Fees, POPOWCER KATTEN, LTD. requested but not yet allowed is $1,428.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,428.00.

9. A fee of $1000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem

2

proper.

RESPECTFULLY SUBMITTED

DATE   December 10, 2008                 /s/ Gregg Szilagyi
                                         **Gregg Szilagyi**, Trustee

Gregg Szilagyi (ARDC #6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone:   (312) 634-4748
Facsimile:   (312) 634-5520

# TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved in chronological order. Major tasks to be summarized in paragraph form.)

- Conducted the Debtor's Section 341 examination;
- Set up files and bank accounts for administration of estate;
- Investigated the Debtor's financial affairs, including claimed exemptions and potential objections to discharge;
- Employed and supervised an attorney and accountant to assist with the administration of the estate;
- Liquidated, abandoned and otherwise administered assets for the benefit of the estate;
- Completed and filed all reports as required by the Bankruptcy Code and the United States Trustee;
- Communicated with creditors regarding administration of the estate and the timetable for closing the case and making distributions to creditors;
- Examined and, where required, objected to proofs of claim and otherwise resolved issues dealing with claims and priorities; and
- Completed and filed this Final Report and all other reports and documents required to close the case.

This case began as a typical no asset case. Based on a tip from a creditor, the Trustee discovered substantial undisclosed assets in the form of inventory of a retail "Dungeons & Dragons" game store, including game figurines, cards, books and other "gaming" accessories. The inventory and other assets of the estate were sold via an online auction approved by the Court. In addition, the Trustee worked with the U.S. Trustee to determine whether or not the failure to disclose assets warranted a criminal referral, an objection to discharge or other disciplinary action. Ultimately, the Trustee negotiated a refund of attorneys' fees to the estate from Debtors' counsel.

**EXHIBIT A**

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition       Amount Realized
(List category of scheduled property, a
brief description, scheduled value and
disposition. If abandoned, explain
why & give date of court order)

                 See Form 1, attached

Unscheduled Property
(Describe property, state circumstances
of discovery and disposition)

                 See Form 1, attached

| | |
|---|---|
| TOTAL RECEIPTS | $50,986.65 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $277,600.00 |

**EXHIBIT B**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 07-02404 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|
| Case Name: | ARLIN J MONTGOMERY, JR. | | | | Date Filed (f) or Converted (c): | 2/12/2007 (f) |
| | STEPHANIE M MONTGOMERY | | | | 341(a) Meeting Date: | 3/12/2007 |
| For Period Ending: | 12/10/2008 | | | | Claims Bar Date: | 9/20/2007 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 Chase Bank | | 150.00 | 150.00 | DA | 0.00 | 150.00 |
| 2 Cole Taylor | | 100.00 | 100.00 | DA | 0.00 | 100.00 |
| 3 Paypal Account | | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 TCF Bank | | 7.00 | 7.00 | DA | 0.00 | 7.00 |
| 5 Furniture | | 500.00 | 500.00 | DA | 0.00 | 500.00 |
| 6 Clothes | | 500.00 | 500.00 | DA | 0.00 | 500.00 |
| 7 IRA - Franklin Templeton Investments | | 4,500.00 | 4,500.00 | DA | 0.00 | 4,500.00 |
| 8 Pension - Cook County Dept Public Health | | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 9 Pension - Chicago Regional Council of Carpenters | | 343.00 | 343.00 | DA | 0.00 | 343.00 |
| 10 Dugeon Games 5618 W. 79 th St Burbank, IL 60459 | | Unknown | 0.00 | | 40,355.54 | FA |
| 11 US Savings Bonds | | 3,500.00 | 3,500.00 | DA | 0.00 | 3,500.00 |
| 12 Anticipated 2006 Income Tax refund | | 7,500.00 | 7,500.00 | | 6,981.00 | FA |
| 13 2001 PT Cruiser | | 5,000.00 | 5,000.00 | DA | 0.00 | 5,000.00 |
| 14 2005 Chrylser Town and Country | | 18,000.00 | 18,000.00 | DA | 0.00 | 18,000.00 |
| 15 Vespa Motor Bike | | 1,500.00 | 1,500.00 | DA | 0.00 | 1,500.00 |
| 16 Dugeon Games | | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 17 MISC. REFUND (u) | | Unknown | Unknown | | 1,500.00 | FA |
| 18 REAL ESTATE -- 7843 S PARKSIDE BURBANK IL | | 234,000.00 | Unknown | DA | 2,060.00 | Unknown |
| 19 REAL ESTATE -- SUBLET ILL CAMPGROUND | | 2,000.00 | Unknown | DA | 0.00 | Unknown |
| INT Post-Petition Interest Deposits (u) | | Unknown | N/A | | 90.11 | Unknown |
| TOTALS (Excluding Unknown Values) | | $277,600.00 | $41,600.00 | | $50,986.65 | Gross Value of Remaining Assets $34,100.00 |
| | | | | | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 6/30/2008    Current Projected Date of Final Report (TFR): /  /

## CASH RECEIPTS AND DISBURSEMENTS

# EXHIBIT C

## CASH RECEIPTS AND DISBURSEMENTS

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-02404
Case Name: ARLIN J MONTGOMERY, JR.
STEPHANIE M MONTGOMERY
Taxpayer ID No: XX-XXX1800
For Period Ending: 12/10/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1148 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 4/12/2007 | 16 | MONTGOMERY, ARLIN J JR. 7843 SOUTH PARKSIDE AVENUE BURBANK, IL 60459 | PROCEED OF ITEMS SOLD BY DEBTOR WITHOUT AUTHORITY | 1129-000 | 2,060.00 | | 2,060.00 |
| 4/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 0.84 | | 2,060.84 |
| 5/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 1.75 | | 2,062.59 |
| 6/29/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 1.69 | | 2,064.28 |
| 7/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 1.76 | | 2,066.04 |
| 8/16/2007 | 17 | ROBERT SEMRAD | DISGORGMENT OF ATTY'S FEES | 1290-000 | 1,000.00 | | 3,066.04 |
| 8/16/2007 | 17 | ROBERT SEMRAD | DISGORGMENT OF ATTY'S FEES | 1290-000 | 500.00 | | 3,566.04 |
| 8/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 2.25 | | 3,568.29 |
| 9/28/2007 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 2.27 | | 3,570.56 |
| 10/30/2007 | 12 | STATE OF ILLINOIS | STATE TAX REFUND | 1124-000 | 902.00 | | 4,472.56 |
| 10/30/2007 | 12 | U.S. TREASURY | FEDERAL TAX REFUND | 1124-000 | 6,079.00 | | 10,551.56 |
| 10/31/2007 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 2.28 | | 10,553.84 |
| 11/12/2007 | 10 | CHICAGO LIQUIDATORS SERVICES, INC. | Dugeon Games 5618 W. 79 th St Burbank, IL 60459 | 1129-000 | 18,729.21 | | 29,283.05 |
| | | CHICAGO LIQUIDATORS SERVICES, INC. | COMMISSION 40,355.54 (19,226.33) | 3610-000 | | | |
| | | CHICAGO LIQUIDATORS SERVICES, INC. | MOVING COSTS (2,400.00) | 2420-000 | | | |
| 11/30/2007 | INT | Bank of America | Interest Rate 0.650 | 1270-000 | 9.60 | | 29,292.65 |
| 12/31/2007 | INT | Bank of America | Interest Rate 0.500 | 1270-000 | 14.00 | | 29,306.65 |
| 1/31/2008 | INT | Bank of America | Interest Rate 0.400 | 1270-000 | 11.61 | | 29,318.26 |
| | | | | Page Subtotals | 29,318.26 | 0.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-02404
Case Name: ARLIN J MONTGOMERY, JR.
STEPHANIE M MONTGOMERY
Taxpayer ID No: XX-XXX1800
For Period Ending: 12/10/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1148 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 2/28/2008 | 001000 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | | 2300-000 | | 24.96 | 29,293.30 |
| 2/29/2008 | INT | Bank of America | Interest Rate 0.300 | 1270-000 | 6.97 | | 29,300.27 |
| 3/31/2008 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 6.93 | | 29,307.20 |
| 4/30/2008 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 6.01 | | 29,313.21 |
| 5/30/2008 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.72 | | 29,316.93 |
| 6/4/2008 | | Transfer to Acct#XXXXXX1737 | Transfer of Funds | 9999-000 | | 2,065.55 | 27,251.38 |
| 6/30/2008 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.38 | | 27,254.76 |
| 7/31/2008 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.46 | | 27,258.22 |
| 8/13/2008 | | Transfer to Acct#XXXXXX1737 | Transfer of Funds | 9999-000 | | 266.00 | 26,992.22 |
| 8/29/2008 | INT | Bank of America 3 part check | Interest Rate 0.150 | 1270-000 | 3.44 | | 26,995.66 |
| 9/30/2008 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.32 | | 26,998.98 |
| 10/31/2008 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 2.62 | | 27,001.60 |
| 11/28/2008 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 2.21 | | 27,003.81 |

COLUMN TOTALS                     29,360.32    2,356.51
Less: Bank Transfers/CD's              0.00    2,331.55
Subtotal                          29,360.32       24.96
Less: Payments to Debtors              0.00        0.00
Net                               29,360.32       24.96

Page Subtotals    42.06    2,356.51    27,003.81

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-02404
Case Name: ARLIN J MONTGOMERY, JR. STEPHANIE M MONTGOMERY
Taxpayer ID No: XX-XXX1800
For Period Ending: 12/10/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1737 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 6/4/2008 | | Transfer from Acct#XXXXXX1148 | Transfer of Funds | 9999-000 | 2,065.55 | | 2,065.55 |
| 6/4/2008 | 002001 | ARIE B. ZOLLER 77 WEST WACKER DR CHICAGO, IL 60601 | REFUND OF PURCHASE PRICE FOR SCOOTER REFUND OF PURCHASE PRICE FOR SCOOTER PURCHASED AT AUCTION -- TRUSTEE UNABLE TO PROCURE CLEAR TITLE | 8500-002 | | 2,065.55 | 0.00 |
| 8/13/2008 | | Transfer from Acct#XXXXXX1148 | Transfer of Funds | 9999-000 | 266.00 | | 266.00 |
| 8/13/2008 | 002002 | ILLINOIS DEPT OF REVENUE | IL 1041 V 2007 | 2820-000 | | 133.00 | 133.00 |
| 8/13/2008 | 002003 | ILLINOIS DEPT OF REVENUE | IL 1041 V | 2820-000 | | 133.00 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 2,331.55 | 2,331.55 |
| Less: Bank Transfers/CD's | 2,331.55 | 0.00 |
| Subtotal | 0.00 | 2,331.55 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 0.00 | 2,331.55 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| MONEY MARKET ACCOUNT - XXXXXX1148 | 29,360.32 | 24.96 | 27,003.68 |
| CHECKING ACCOUNT - XXXXXX1737 | 0.00 | 2,331.55 | 0.00 |
| TOTAL OF ALL ACCOUNTS | 29,360.32 | 2,356.51 | 27,003.81 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals    2,331.55    2,331.55

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: rmarola           Page 1 of 2           Date Rcvd: Jun 20, 2007
Case: 07-02404                 Form ID: ntcftfc7       Total Served: 50

The following entities were served by first class mail on Jun 22, 2007.
db            +Arlin J Montgomery, Jr.,   7843 South Parkside Avenue,   Burbank, IL 60459-1327
jdb           +Stephanie M Montgomery,    7843 South Parkside Avenue,   Burbank, IL 60459-1327
aty           +Craig Z Black,   Robert J Semrad & Associates,   407 S Dearborn Street,   6th Floor,
                Chicago, IL 60605-1136
aty           +Gregg Szilagyi, Esq,   One South Wacker Drive,   Suite 800,   Chicago, IL 60606-4650
aty           +Kathryn A Klein,   Riezman Berger PC,   7700 Bonhomme,   7th Floor,   St Louis, MO 63105-1924
aty           +Michael J Halpin,   Pierce & Associates,   One North Dearborn,   Chicago, IL 60602-4373
aty           +Patrick J. Semrad,   Robert J Semrad and Associates,   407 South Dearborn,
                Chicago, IL 60605-1136
tr            +Gregg Szilagyi,   Tailwind Services LLC,   One South Wacker Drive,   Suite 800,
                Chicago, IL 60606-4650
cr            +Household Bank (SB), N.A. (Best Buy),   c/o Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
cr            +Option One Mortgage,   1270 Northland Drive, Suite 200,   Mendota Heights, MN 55120-1176
cr             Wilshire Credit Corporation,   P O Box1650,   Portland, OR 97207-1650
11264022      +ACD Distribution,   2841 Indes Rd Suite 150,   Madison WI 53713-3198
11173003      +ADT Security,   C/O Barry Serota,   PO Box 1008,   Arlington Heights, IL 60006-1008
11173006       AT & T,   Bill Payment Center,   Chicago, IL 60605
11264023      +Alliance Gam Distributers,   3405 Centennial Dr,   Fort Wayne IN 46808-4515
11264021      +Barry Serota & Associates,   PO Box 1008,   Arlington Heights IL 60006-1008
11173007       Best Buy,   P.O. Box 17051,   Baltimore, MD 21297-1051
11173008       Bill Pappas,   c/o Kenneth J Donkel,   Tinley Park, IL 60487
11173015       ComEd,   Bill Payment Center,   Chicago, IL 60668-0001
11173014       Comcast,   P.O. box 3002,   Southeastern, PA 19398-3002
11173016       Cook Cook County Treasurer,   P.O. Box 4468,   Carol Stream, IL 60197-4468
11287182      +Cook County Treasurer's Office,   Legal Department,   118 North Clark Street - Room 112,
                Chicago, IL 60602-1332
11173017      +Executive Financial Company,   PO Box 1168,   Flint, MI 48501-1168
11173018      +First Card,   2500 Westfield Dr Mail Suite 6237,   Elgin, IL 60124-7836
11173019      +Games Workshop,   c/o James F Dunneback,   14535 John Humphrey Drive Ste 101,
                Orland Park, IL 60462-6212
11173020      +Gemb/care Credit,   Po Box 981439,   El Paso, TX 79998-1439
11173021      +Gemb/empire,   Po Box 981439,   El Paso, TX 79998-1439
11173022      +Household Bank (SB) N A,   (Best Buy) c/o Bass & Assoc P C,   3936 E Ft Lowell Rd Suite 200,
                Tucson AZ 85712-1083
11173023      +Il Designated,   1755 Lake Cook Rd,   Deerfield, IL 60015-5215
11294516      +Illinois Department of Revenue,   Bankruptcy Section,   100 West Randolph Street  Level 7-400,
                Chicago, Illinois 60601-3218
11264025       Illinois Dept of Revenue,   P O Box 19043,   Springfield IL 62794-9043
11173025      +Impressions Unlimited,   2300 Windsor Court,   Unit C,   Addison, IL 60101-1491
11173026      +Kay-Jen Property,   5016 West Circle Court,   #1106,   Crestwood, IL 60445-1584
11173028      +Option One Mortgage Co,   3 Ada Way,   Irvine, CA 92618-2304
11173029      +Pentagroup Financial,   5959 Corporate Dr Ste 14,   Houston, TX 77036-2302
11264020      +RMS,   899 Easton Ave,   PO Box 20410,   Bethlehem PA 18025-0001
11173030      +Rogers & Holland,   8019 Innovation Way,   Chicago, IL 60682-0080
11173031      +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
11173032      +Suth Stickney Sanitary Dist,   7801 S Lavergne,   Burbank, IL 60459-1593
11173034      +Waste Management,   1411 Opus Place,   Suite 400,   Downers Grove, IL 60515-1481
11264026      +Wilshire Credit Corp,   1776 Sw Madison St,   Portland OR 97205-1715
11173035       Wilshire Credit Corp,   PO Box 1650,   Portland, OR 97207-1650

The following entities were served by electronic transmission on Jun 21, 2007.
tr            +EDI: QGSZILAGYI.COM Jun 20 2007 22:53:00      Gregg Szilagyi,   Tailwind Services LLC,
                One South Wacker Drive,   Suite 800,   Chicago, IL 60606-4650
11173004       EDI: BANKAMER.COM Jun 20 2007 22:53:00      Advanta Bank Corp,   PO Box 8088,
                Philadelphia, PA 19101-8088
11173005      +EDI: AMEREXPR.COM Jun 20 2007 22:54:00      Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
11173007       EDI: HFC.COM Jun 20 2007 22:53:00      Best Buy,   P.O. Box 17051,   Baltimore, MD 21297-1051
11173009      +EDI: CAPITALONE.COM Jun 20 2007 22:54:00      Capital One,   P.O. Box 85015,
                Richmond, VA 23285-5015
11173010      +EDI: CHASE.COM Jun 20 2007 22:53:00      Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11173011      +EDI: CHRYSLER.COM Jun 20 2007 22:54:00      Chrysler Credit,   5225 Crooks Rd Ste 140,
                Troy, MI 48098-2823
11173013      +EDI: CHRYSLER.COM Jun 20 2007 22:54:00      Chrysler Financial,   P.O. Box 105393,
                Atlanta, GA 30348-5393
11173015       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                          ComEd,
                Bill Payment Center,   Chicago, IL 60668-0001
11173027      +E-mail/Text: bankrup@nicor.com                          Nicor Gas,   P.O. Box 549,
                Aurora, IL 60507-0549
11173028      +EDI: OPTONE.COM Jun 20 2007 22:53:00      Option One Mortgage Co,   3 Ada Way,
                Irvine, CA 92618-2304
11173033      +EDI: WTRRNBANK.COM Jun 20 2007 22:54:00      Tnb - Target,   Po Box 673,
                Minneapolis, MN 55440-0673
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Gregg E Szilagyi
auc            Chicago Liquidator Services, Inc
```

```
District/off: 0752-1          User: rmarola           Page 2 of 2              Date Rcvd: Jun 20, 2007
Case: 07-02404                Form ID: ntcftfc7       Total Served: 50

11173012*    +Chrysler Credit,    5225 Crooks Rd Ste 140,    Troy, MI 48098-2823
11173024*    +Il Designated,     1755 Lake Cook Rd,    Deerfield, IL 60015-5215
                                                                                      TOTALS: 2, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 22, 2007                    Signature:    *[signed] Joseph Speetjens*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ARLIN J MONTGOMERY, JR. | ) | CASE NO. 07-02404 |
| STEPHANIE M MONTGOMERY, | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

## DISTRIBUTION REPORT

I, Gregg Szilagyi, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $7,070.11 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(7),507(a)(9)-(a)(10)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $8,965.00 |
| General Unsecured Claims: | $10,968.70 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $27,003.81 |

**EXHIBIT D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 7,070.11 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | GREGG SZILAGYI, Trustee Compensation | $5,642.11 | $5,642.11 |
|  | POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $1,428.00 | $1,428.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 |  |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 |  |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 |  |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 |  |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 8,965.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2 | Illinois Department of Revenue, Claims of Governmental Units--507(a)(8) | $2,740.00 | $2,740.00 |
| 2 | Illinois Department of Revenue, Claims of Governmental Units--507(a)(8) | $6,225.00 | $6,225.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

- 3 -

§507(a)(9) - Capital Commitments to Federal Depository Institutions     $ 0.00

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| --- | --- | --- |
| §507(a)(10) – Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| --- | --- | --- |
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 94,932.62 | 11.55 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| --- | --- | --- | --- |
| 4 | Advanta Bank Corp, General Unsecured 726(a)(2) | $4,031.43 | $465.80 |
| 7 | Alliance Gam Distributers, General Unsecured 726(a)(2) | $29,436.81 | $3,401.19 |
| 6 | American Express Bank FSB, General Unsecured 726(a)(2) | $2,093.69 | $241.91 |
| 10 | Capital One Bank, General Unsecured 726(a)(2) | $661.37 | $76.42 |
| 5 | Chase Bank USA, N.A., General Unsecured 726(a)(2) | $946.59 | $109.37 |
| 11 | Games Workshop, General Unsecured 726(a)(2) | $3,413.38 | $394.39 |
| 2 | Illinois Department of Revenue, General Unsecured 726(a)(2) | $565.00 | $65.28 |
| 8 | LVNV Funding LLC its successors and assigns as, General Unsecured 726(a)(2) | $6,031.43 | $696.88 |
| 12 | PHARIA, General Unsecured 726(a)(2) | $130.41 | $15.06 |
| 3 | Target National Bank, General Unsecured 726(a)(2) | $130.41 | $15.07 |
| 9 | Wilshire Credit Corp, General Unsecured 726(a)(2) | $47,492.10 | $5,487.33 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1 | Cook County Treasurer"s Office Legal Department 118 North Clark Street - Room 112 Chicago, IL 60602 | 5,423.37 | Objection pending |
| Unsecured | 9 | Wilshire Credit Corp PO Box 1650 Portland, OR 97207-1650 | 47,492.10 | Duplicate |

      WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED   December 10, 2008               /s/ Gregg Szilagyi
                                                      **Gregg Szilagyi**, Trustee

Gregg Szilagyi (ARDC #6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone:   (312) 634-4748
Facsimile:    (312) 634-5520