UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| ARLIN J MONTGOMERY, JR. ) | CASE NO. 07-02404 | |
| STEPHANIE M MONTGOMERY, ) | | |
| Debtor(s). ) | Hon. Carol A. Doyle | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604

    On: **February 17, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $50,986.65 |
    | Disbursements | $23,982.84 |
    | Net Cash Available for Distribution | $27,003.81 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GREGG SZILAGYI<br>Trustee | $0.00 | $5,642.11 | $0.00 |
| POPOWCER KATTEN, LTD.<br>Accountant for Trustee | $0.00 | $1,428.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,965.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Illinois Department of Revenue | 2,740.00 | 2,740.00 |
| 2 | Illinois Department of Revenue | 6,225.00 | 6,225.00 |

7.   Claims of general unsecured creditors totaling $94,932.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 11.55%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4 | Advanta Bank Corp | 4,031.43 | 465.80 |
| 7 | Alliance Gam Distributers | 29,436.81 | 3,401.19 |
| 6 | American Express Bank FSB | 2,093.69 | 241.91 |
| 10 | Capital One Bank | 661.37 | 76.42 |
| 5 | Chase Bank USA, N.A. | 946.59 | 109.37 |
| 11 | Games Workshop | 3,413.38 | 394.39 |
| 2 | Illinois Department of Revenue | 565.00 | 65.28 |
| 8 | LVNV Funding LLC its successors and assigns as | 6,031.43 | 696.88 |
| 12 | PHARIA | 130.41 | 15.06 |
| 3 | Target National Bank | 130.41 | 15.07 |
| 9 | Wilshire Credit Corp | 47,492.10 | 5,487.33 |

8.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.   Debtors have been discharged.

11.   The Trustee proposes to abandon the following exempt/encumbered property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Paypal Account | 0.00 |
| Cole Taylor | 100.00 |
| Vespa Motor Bike | 1,500.00 |
| Chase Bank | 150.00 |
| 2001 PT Cruiser | 5,000.00 |
| TCF Bank | 7.00 |
| Clothes | 500.00 |
| Furniture | 500.00 |
| Pension - Chicago Regional Council of Carperters | 343.00 |
| 2005 Chrylser Town and Country | 18,000.00 |
| Pension - Cook County Dept Public Health | 0.00 |
| US Savings Bonds | 3,500.00 |

| | |
|---|---:|
| IRA - Franklin Templeton Investments | 4,500.00 |
| REAL ESTATE -- 7843 S PARKSIDE BURBANK IL | 234,000.00 |
| REAL ESTATE -- SUBLET ILL CAMPGROUND | 2,000.00 |

Dated: **January 13, 2009**                              For the Court,

                                                          By:   **KENNETH S. GARDNER**
                                                                  Kenneth S. Gardner
                                                                  Clerk of the U.S. Bankruptcy Court
                                                                  219 S. Dearborn Street; 7th Floor
                                                                  Chicago, IL 60604

| | |
|---|---|
| Trustee: | Gregg Szilagyi |
| Address: | One South Wacker Drive |
| | Chicago, Illinois 60606 |
| Phone No.: | (312) 634-4748 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Jan 13, 2009
Case: 07-02404                 Form ID: pdf002              Total Served: 53


The following entities were served by first class mail on Jan 15, 2009.
db         +Arlin J Montgomery, Jr.,    7843 South Parkside Avenue,    Burbank, IL 60459-1327
jdb        +Stephanie M Montgomery,    7843 South Parkside Avenue,    Burbank, IL 60459-1327
aty        +Craig Z Black,    Robert J Semrad & Associates,    407 S Dearborn Street,    6th Floor,
            Chicago, IL 60605-1136
aty        +Gregg Szilagyi, Esq,    One South Wacker Drive,    Suite 800,    Chicago, IL 60606-4650
aty        +Patrick J. Semrad,    Robert J Semrad and Associates,    407 South Dearborn,    Ste. 600,
            Chicago, IL 60605-1115
tr         +Gregg Szilagyi,    Tailwind Services LLC,    One South Wacker Drive,    Suite 800,
            Chicago, IL 60606-4650
11264022   +ACD Distribution,    2841 Indes Rd Suite 150,    Madison WI 53713-3198
11173003   +ADT Security,    C/O Barry Serota,    PO Box 1008,    Arlington Heights, IL 60006-1008
11173006    AT & T,    Bill Payment Center,    Chicago, IL 60605
11455214   +Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11173004    Advanta Bank Corp,    PO Box 8088,    Philadelphia, PA 19101-8088
11264023   +Alliance Gam Distributers,    1966 Greenspring DR Ste 300,    Timonium MD 21093-4161
11489767    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11173005   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
11264021   +Barry Serota & Associates,    PO Box 1008,    Arlington Heights IL 60006-1008
11173007    Best Buy,    P.O. Box 17051,    Baltimore, MD 21297-1051
11173008    Bill Pappas,    c/o Kenneth J Donkel,    Tinley Park, IL 60487
11173009   +Capital One,    P.O. Box 85015,    Richmond, VA 23285-5015
11622796   +Capital One Bank,    c/o Tsys Debt Management,    PO Box 5155,    Norcross, GA 30091-5155
11173010   +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11466249    Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 98124-3978
11173011   +Chrysler Credit,    5225 Crooks Rd Ste 140,    Troy, MI 48098-2823
11173013   +Chrysler Financial,    P.O. Box 105393,    Atlanta, GA 30348-5393
11173014    Comcast,    P.O. box 3002,    Southeastern, PA 19398-3002
11173016    Cook Cook County Treasurer,    P.O. Box 4468,    Carol Stream, IL 60197-4468
11287182   +Cook County Treasurer's Office,    Legal Department,    118 North Clark Street - Room 112,
            Chicago, IL 60602-1332
11173017   +Executive Financial Company,    PO Box 1168,    Flint, MI 48501-1168
11173018   +First Card,    2500 Westfield Dr Mail Suite 6237,    Elgin, IL 60124-7836
11173019   +Games Workshop,    c/o James F Dunneback,    14535 John Humphrey Drive Ste 101,
            Orland Park, IL 60462-6212
11173022   +Household Bank (SB) N A,    (Best Buy) c/o Bass & Assoc P C,    3936 E Ft Lowell Rd Suite 200,
            Tucson AZ 85712-1083
11294516   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
            100 West Randolph Street  Level 7-400,    Chicago, Illinois  60601)
11264025   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court: Illinois Dept of Revenue,    P O Box 19043,
            Springfield IL 62794-9043)
11173023   +Il Designated,    1755 Lake Cook Rd,    Deerfield, IL 60015-5215
11173025   +Impressions Unlimited,    2300 Windsor Court,    Unit C,    Addison, IL 60101-1491
11173026   +Kay-Jen Property,    5016 West Circle Court,    #1106,    Crestwood, IL 60445-1584
11173028   +Option One Mortgage Co,    3 Ada Way,    Irvine, CA 92618-2304
12271258   +PHARIA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
11173029   +Pentagroup Financial,    5959 Corporate Dr Ste 14,    Houston, TX 77036-2302
11264020   +RMS,    899 Easton Ave,    PO Box 20410,    Bethlehem PA 18025-0001
11173031   +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
11173032   +Suth Stickney Sanitary Dist,    7801 S Lavergne,    Burbank, IL 60459-1593
11445087    Target National Bank,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 981243978
11173033   +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
11173034   +Waste Management,    1411 Opus Place,    Suite 400,    Downers Grove, IL 60515-1481
11264026   +Wilshire Credit Corp,    1776 Sw Madison St,    Portland OR 97205-1715

The following entities were served by electronic transmission on Jan 14, 2009.
11173015    E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           ComEd,
            Bill Payment Center,    Chicago, IL 60668-0001
11173020   +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2009 04:18:10     Gemb/care Credit,    Po Box 981439,
            El Paso, TX 79998-1439
11173021   +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2009 04:18:16     Gemb/empire,    Po Box 981439,
            El Paso, TX 79998-1439
11613357    E-mail/Text: resurgentbknotifications@resurgent.com
            LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
            Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11173027   +E-mail/Text: bankrup@nicor.com                           Nicor Gas,    P.O. Box 549,
            Aurora, IL 60507-0549
11847076    E-mail/PDF: rmscedi@recoverycorp.com Jan 14 2009 04:18:18
            Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
11173030   +E-mail/Text: SBONNEMA@ROGENT.COM                           Rogers & Holland,    8019 Innovation Way,
            Chicago, IL 60682-0080
11173035    E-mail/Text: WCCEBMB@WIN.ML.COM                           Wilshire Credit Corp,    PO Box 1650,
            Portland, OR 97207-1650
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-1           User: amcc7               Page 2 of 2               Date Rcvd: Jan 13, 2009
Case: 07-02404                 Form ID: pdf002           Total Served: 53
aty*          +Gregg Szilagyi,   Tailwind Services LLC,   One South Wacker Drive,   Suite 800,
               Chicago, IL 60606-4650
11173012*     +Chrysler Credit,    5225 Crooks Rd Ste 140,   Troy, MI 48098-2823
11173024*     +Il Designated,   1755 Lake Cook Rd,   Deerfield, IL 60015-5215
                                                                                      TOTALS: 0, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2009**                         **Signature:**        _Joseph Speetjens_