# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
ARLIN J MONTGOMERY, JR.             §        Case No. 07-02404
STEPHANIE M MONTGOMERY              §
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Gregg Szilagyi _____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ARIE B. ZOLLER | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cook County Treasurer"s Office | | | | | |
| **TOTAL SECURED CLAIMS** | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| CHICAGO LIQUIDATORS SERVICES, INC. | | | | | |
| ILLINOIS DEPT OF REVENUE | | | | | |
| ILLINOIS DEPT OF REVENUE | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| CHICAGO LIQUIDATORS SERVICES, INC. | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | | | | | |
| Illinois Department of Revenue | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Advanta Bank Corp | | | | | |
| Alliance Gam Distributers | | | | | |
| American Express Bank FSB | | | | | |
| Capital One Bank | | | | | |
| Chase Bank USA, N.A. | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Games Workshop | | | | | |
| Illinois Department of Revenue | | | | | |
| LVNV Funding LLC its successors and assigns as | | | | | |
| PHARIA | | | | | |
| Target National Bank | | | | | |
| Wilshire Credit Corp | | | | | |
| Wilshire Credit Corp | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 07-02404 | CAD | Judge: | Carol A. Doyle |
|---|---|---|---|---|

Case Name: ARLIN J MONTGOMERY, JR.
STEPHANIE M MONTGOMERY
For Period Ending: 11/30/09

Trustee Name: Gregg Szilagyi
Date Filed (f) or Converted (c): 02/12/07 (f)
341(a) Meeting Date: 03/12/07
Claims Bar Date: 09/20/07

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Chase Bank | 150.00 | 150.00 | DA | 0.00 | 150.00 |
| 2 | Cole Taylor | 100.00 | 100.00 | DA | 0.00 | 100.00 |
| 3 | Paypal Account | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | TCF Bank | 7.00 | 7.00 | DA | 0.00 | 7.00 |
| 5 | Furniture | 500.00 | 500.00 | DA | 0.00 | 500.00 |
| 6 | Clothes | 500.00 | 500.00 | DA | 0.00 | 500.00 |
| 7 | IRA - Franklin Templeton Investments | 4,500.00 | 4,500.00 | DA | 0.00 | 4,500.00 |
| 8 | Pension - Cook County Dept Public Health | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 9 | Pension - Chicago Regional Council of Carperters | 343.00 | Unknown | DA | 0.00 | Unknown |
| 10 | Dugeon Games 5618 W. 79 th St Burbank, IL 60459 | Unknown | 0.00 | | 40,355.54 | FA |
| 11 | US Savings Bonds | 3,500.00 | 3,500.00 | DA | 0.00 | 3,500.00 |
| 12 | Anticipated 2006 Income Tax refund | 7,500.00 | 7,500.00 | | 6,981.00 | FA |
| 13 | 2001 PT Cruiser | 5,000.00 | 5,000.00 | DA | 0.00 | 5,000.00 |
| 14 | 2005 Chrysler Town and Country | 18,000.00 | 18,000.00 | DA | 0.00 | 18,000.00 |
| 15 | Vespa Motor Bike | 1,500.00 | 1,500.00 | DA | 0.00 | 1,500.00 |
| 16 | Dugeon Games | 0.00 | 0.00 | | 2,060.00 | 0.00 |
| 17 | MISC. REFUND (u) | Unknown | Unknown | | 1,500.00 | FA |
| 18 | REAL ESTATE -- 7843 S PARKSIDE BURBANK IL | 234,000.00 | Unknown | DA | 0.00 | Unknown |
| 19 | REAL ESTATE -- SUBLET ILL CAMPGROUND | 2,000.00 | Unknown | DA | 0.00 | Unknown |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 91.82 | Unknown |

TOTALS (Excluding Unknown Values)        $277,600.00        $41,257.00                $50,988.36

Gross Value of Remaining Assets
$33,757.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 07-02404 | CAD | Judge: | Carol A. Doyle |
| Case Name: | ARLIN J MONTGOMERY, JR. | | | |
| | STEPHANIE M MONTGOMERY | | | |
| For Period Ending: 11/30/09 | | | | |

| | |
|---|---|
| Trustee Name: | Gregg Szilagyi |
| Date Filed (f) or Converted (c): | 02/12/07 (f) |
| 341(a) Meeting Date: | 03/12/07 |
| Claims Bar Date: | 09/20/07 |

Initial Projected Date of Final Report (TFR):   06/30/08     Current Projected Date of Final Report (TFR):   / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 07-02404 | Trustee Name: Gregg Szilagyi | |
| Case Name: ARLIN J MONTGOMERY, JR. | Bank Name: Bank of America | |
| STEPHANIE M MONTGOMERY | Account Number/CD#: XXXXXX1148 - MONEY MARKET ACCOUNT | |
| Taxpayer ID No: XX-XXX1800 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/30/09 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/12/07 | 16 | MONTGOMERY, ARLIN J JR. 7843 SOUTH PARKSIDE AVENUE BURBANK, IL 60459 | PROCEED OF ITEMS SOLD BY DEBTOR WITHOUT AUTHORITY | 1129-000 | 2,060.00 | | 2,060.00 |
| 04/30/07 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 0.84 | | 2,060.84 |
| 05/31/07 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 1.75 | | 2,062.59 |
| 06/29/07 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 1.69 | | 2,064.28 |
| 07/31/07 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 1.76 | | 2,066.04 |
| 08/16/07 | 17 | ROBERT SEMRAD | DISGORGMENT OF ATTYS FEES | 1290-000 | 1,000.00 | | 3,066.04 |
| 08/16/07 | 17 | ROBERT SEMRAD | DISGORGMENT OF ATTY'S FEES | 1290-000 | 500.00 | | 3,566.04 |
| 08/31/07 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 2.25 | | 3,568.29 |
| 09/28/07 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 2.27 | | 3,570.56 |
| 10/30/07 | 12 | STATE OF ILLINOIS | STATE TAX REFUND | 1124-000 | 902.00 | | 4,472.56 |
| 10/30/07 | 12 | U.S. TREASURY | FEDERAL TAX REFUND | 1124-000 | 6,079.00 | | 10,551.56 |
| 10/31/07 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 2.28 | | 10,553.84 |
| 11/12/07 | | CHICAGO LIQUIDATORS SERVICES, INC. | | | 18,729.21 | | 29,283.05 |
| | 10 | | Dugeon Games 5618 W. 79 th St Burbank, IL 60459 40,355.54 | 1129-000 | | | |
| | | CHICAGO LIQUIDATORS SERVICES, INC. | COMMISSION (19,226.33) | 3610-000 | | | |
| | | CHICAGO LIQUIDATORS SERVICES, INC. | MOVING COSTS (2,400.00) | 2420-000 | | | |
| 11/30/07 | INT | Bank of America | Interest Rate 0.650 | 1270-000 | 9.60 | | 29,292.65 |
| 12/31/07 | INT | Bank of America | Interest Rate 0.500 | 1270-000 | 14.00 | | 29,306.65 |
| 01/31/08 | INT | Bank of America | Interest Rate 0.400 | 1270-000 | 11.61 | | 29,318.26 |
| 02/28/08 | 001000 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | | 2300-000 | | 24.96 | 29,293.30 |
| 02/29/08 | INT | Bank of America | Interest Rate 0.300 | 1270-000 | 6.97 | | 29,300.27 |

Page Subtotals       29,325.23       24.96

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

Case No: 07-02404
Case Name: ARLIN J MONTGOMERY, JR.
STEPHANIE M MONTGOMERY
Taxpayer ID No: XX-XXX1800
For Period Ending: 11/30/09

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1148 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/08 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 6.93 | | 29,307.20 |
| 04/30/08 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 6.01 | | 29,313.21 |
| 05/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.72 | | 29,316.93 |
| 06/04/08 | | Transfer to Acct#XXXXXX1737 | Transfer of Funds | 9999-000 | | 2,065.55 | 27,251.38 |
| 06/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.38 | | 27,254.76 |
| 07/31/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.46 | | 27,258.22 |
| 08/13/08 | | Transfer to Acct#XXXXXX1737 | Transfer of Funds | 9999-000 | | 266.00 | 26,992.22 |
| 08/29/08 | INT | Bank of America 3 part check | Interest Rate 0.150 | 1270-000 | 3.44 | | 26,995.66 |
| 09/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.32 | | 26,998.98 |
| 10/31/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 2.62 | | 27,001.60 |
| 11/28/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 2.21 | | 27,003.81 |
| 12/31/08 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 1.37 | | 27,005.18 |
| 01/30/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.22 | | 27,005.40 |
| 02/17/09 | INT | Bank of America | Interest | 1270-000 | 0.12 | | 27,005.52 |
| 02/17/09 | | Transfer to Acct#XXXXXX1737 | Transfer of Funds | 9999-000 | | 27,005.52 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 29,362.03 | 29,362.03 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 29,337.07 | |
| Subtotal | 29,362.03 | 24.96 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 29,362.03 | 24.96 | |

Page Subtotals          36.80          29,337.07

FORM 2                                                                                                    Page: 3
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 07-02404
Case Name: ARLIN J MONTGOMERY, JR.
          STEPHANIE M MONTGOMERY
Taxpayer ID No: XX-XXX1800
For Period Ending: 11/30/09

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1737 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/04/08 | | Transfer from Acct#XXXXXX1148 | Transfer of Funds | 9999-000 | 2,065.55 | | 2,065.55 |
| 06/04/08 | 002001 | ARIE B. ZOLLER 77 WEST WACKER DR CHICAGO, IL 60601 | REFUND OF PURCHASE PRICE FOR SCOOTER REFUND OF PURCHASE PRICE FOR SCOOTER PURCHASED AT AUCTION -- TRUSTEE UNABLE TO PROCURE CLEAR TITLE | 8500-002 | | 2,065.55 | 0.00 |
| 08/13/08 | | Transfer from Acct#XXXXXX1148 | Transfer of Funds | 9999-000 | 266.00 | | 266.00 |
| 08/13/08 | 002002 | ILLINOIS DEPT OF REVENUE | IL 1041 V 2007 | 2820-000 | | 133.00 | 133.00 |
| 08/13/08 | 002003 | ILLINOIS DEPT OF REVENUE | IL 1041 V | 2820-000 | | 133.00 | 133.00 |
| 02/17/09 | | Transfer from Acct#XXXXXX1148 | Transfer of Funds | 9999-000 | 27,005.52 | | 27,005.52 |
| 02/17/09 | 002004 | GREGG SZILAGYI One South Wacker Drive Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 5,642.11 | 21,363.41 |
| 02/17/09 | 002005 | POPOWCER KATTEN, LTD. 35 EAST WACKER DRIVE CHICAGO, IL 60601 ATTN: LOIS WEST | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 1,428.00 | 19,935.41 |
| 02/17/09 | 002006 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street Level 7-400 Chicago, Illinois 60601 | (Final distribution to Claim 2, representing a Payment of 100.00% per court order.) | 5800-000 | | 2,740.00 | 17,195.41 |
| 02/17/09 | 002007 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street Level 7-400 Chicago, Illinois 60601 | (Final distribution to Claim 2, representing a Payment of 100.00% per court order.) | 5800-000 | | 6,225.00 | 10,970.41 |
| | | | Page Subtotals | | 29,337.07 | 18,366.66 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

Case No: 07-02404
Case Name: ARLIN J MONTGOMERY, JR.
STEPHANIE M MONTGOMERY
Taxpayer ID No: XX-XXX1800
For Period Ending: 11/30/09

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1737 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/17/09 | 002008 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street Level 7-400 Chicago, Illinois 60601 | (Final distribution to Claim 2, representing a Payment of 11.56% per court order.) | 7100-000 | | 65.29 | 10,905.12 |
| 02/17/09 | 002009 | Target National Bank c/o Weinstein & Riley, P.S. PO Box 3978 Seattle, WA 981243978 | (Final distribution to Claim 3, representing a Payment of 11.56% per court order.) | 7100-000 | | 15.07 | 10,890.05 |
| 02/17/09 | 002010 | Advanta Bank Corp c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | (Final distribution to Claim 4, representing a Payment of 11.56% per court order.) | 7100-000 | | 465.87 | 10,424.18 |
| 02/17/09 | 002011 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. PO Box 3978 Seattle, WA 98124-3978 | (Final distribution to Claim 5, representing a Payment of 11.56% per court order.) | 7100-000 | | 109.39 | 10,314.79 |
| 02/17/09 | 002012 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | (Final distribution to Claim 6, representing a Payment of 11.56% per court order.) | 7100-000 | | 241.95 | 10,072.84 |
| 02/17/09 | 002013 | Alliance Gam Distributers 1966 Greenspring DR Ste 300 Timonium MD 21093 | (Final distribution to Claim 7, representing a Payment of 11.56% per court order.) | 7100-000 | | 3,401.72 | 6,671.12 |

Page Subtotals                                   0.00          4,299.29

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 07-02404
Case Name: ARLIN J MONTGOMERY, JR.
STEPHANIE M MONTGOMERY
Taxpayer ID No: XX-XXX1800
For Period Ending: 11/30/09

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1737 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/17/09 | 002014 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | (Final distribution to Claim 8, representing a Payment of 11.56% per court order.) | 7100-000 | | 696.99 | 5,974.13 |
| 02/17/09 | 002015 | Wilshire Credit Corp PO Box 1650 Portland, OR 97207-1650 | (Final distribution to Claim 9, representing a Payment of 11.56% per court order.) | 7100-000 | | 5,488.19 | 485.94 |
| 02/17/09 | 002016 | Capital One Bank c/o Tsys Debt Management PO Box 5155 Norcross, GA 30091 | (Final distribution to Claim 10, representing a Payment of 11.56% per court order.) | 7100-000 | | 76.43 | 409.51 |
| 02/17/09 | 002017 | Games Workshop c/o James F Dunneback 14535 John Humphrey Drive Ste 101 Orland Park, IL 60462 | (Final distribution to Claim 11, representing a Payment of 11.56% per court order.) | 7100-000 | | 394.45 | 15.06 |
| 02/17/09 | 002018 | PHARIA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | (Final distribution to Claim 12, representing a Payment of 11.55% per court order.) | 7100-000 | | 15.06 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 29,337.07 | 29,337.07 | 0.00 |
| Less: Bank Transfers/CD's | 29,337.07 | 0.00 | |
| Subtotal | 0.00 | 29,337.07 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 29,337.07 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | | | |
| MONEY MARKET ACCOUNT - XXXXXX1148 | 29,362.03 | 24.96 | 0.00 |
| Page Subtotals | 0.00 | 6,671.12 | |

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

Case No: 07-02404
Case Name: ARLIN J MONTGOMERY, JR.
STEPHANIE M MONTGOMERY
Taxpayer ID No: XX-XXX1800
For Period Ending: 11/30/09

Trustee Name:  Gregg Szilagyi
Bank Name:  Bank of America
Account Number/CD#:  XXXXXX1737 - CHECKING ACCOUNT
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

CHECKING ACCOUNT - XXXXXX1737

|  |  |  | 0.00 | 29,337.07 | 0.00 |
|---|---|---|---|---|---|

| | | ---------------------------- | ---------------------------- | ---------------------------- |
|---|---|---|---|---|
| Total Allocation Receipts: | 21,626.33 | 29,362.03 | 29,362.03 | 0.00 |
| Total Net Deposits: | 29,362.03 | ============== | ============== | ========== |
| Total Gross Receipts: | 50,988.36 | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

|  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|